United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01976-JAW
Erika LaShaunta Cousins Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Oct 07, 2026 Form ID: 3180W Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erika LaShaunta Cousins, 301 Elton Park Dr., Apt 286, Jackson, MS 39212-8714 |
| cr | + | Ally Capital, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216, UNITED STATES 39216-4944 |
| 5272839 | + | Allstate, PO Box 12055, Roanoke, VA 24022-2055 |
| 5272852 | | Rent A Center, 912 Ellis Ave, Jackson, MS 39209 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5287217 | + | EDI: AISACG.COM | Oct 07 2026 23:45:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5272840 | + | EDI: GMACFS.COM | Oct 07 2026 23:42:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5272842 | | Email/Text: bankruptcy_filings@creditninja.com | Oct 07 2026 19:52:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5298738 | + | Email/Text: opportunitynotices@gmail.com | Oct 07 2026 19:52:00 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 5272841 | + | EDI: CCS.COM | Oct 07 2026 23:45:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5272847 | | EDI: CITICORP | Oct 07 2026 23:42:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5272845 | | EDI: IRS.COM | Oct 07 2026 23:45:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5275217 | | EDI: DISCOVER | Oct 07 2026 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5272843 | + | EDI: DISCOVER | Oct 07 2026 23:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5298491 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 07 2026 19:52:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5298493 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 07 2026 19:52:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5272844 | | Email/Text: reports@halstedfinancial.com | Oct 07 2026 19:52:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 5272846 | + | Email/Text: ebone.woods@usdoj.gov | Oct 07 2026 19:52:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5272848 | + | Email/Text: bankruptcy@ncaks.com | Oct 07 2026 19:52:00 | National Credit Adj, P.o. Box 550, Hutchinson, |

| | | | | |
|---|---|---|---|---|
| | | | | KS 67504-0550 |
| 5295703 | + | Email/Text: bankruptcy@ncaks.com | Oct 07 2026 19:52:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5272849 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 07 2026 19:52:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5272850 | + | Email/Text: opportunitynotices@gmail.com | Oct 07 2026 19:52:00 | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St, Chicago, IL 60601-6207 |
| 5291709 | + | EDI: LCIFULLSRV | Oct 07 2026 23:42:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5272851 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 07 2026 19:52:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5299483 | | EDI: Q3G.COM | Oct 07 2026 23:45:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5272853 | + | EDI: PHINELEVATE | Oct 07 2026 23:45:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5272855 | | Email/Text: bankruptcy_department@clacorp.com | Oct 07 2026 19:52:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5272856 | | Email/Text: bankruptcy@springoakscapital.com | Oct 07 2026 19:52:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5292243 | | Email/Text: bankruptcy@springoakscapital.com | Oct 07 2026 19:52:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327 |
| 5272854 | + | Email/Text: cs@securitycreditservicesllc.com | Oct 07 2026 19:52:00 | Security Credit Servic, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5272857 | + | EDI: SYNC | Oct 07 2026 23:42:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272858 | | Email/Text: bankruptcycourt@towerloan.com | Oct 07 2026 19:52:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5272859 | ^ | MEBN | Oct 07 2026 19:47:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5283589 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 07 2026 19:52:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1911 |
| 5272860 | + | EDI: VERIZONCOMB.COM | Oct 07 2026 23:45:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5283018 | + | Email/Text: bk@worldacceptance.com | Oct 07 2026 19:52:00 | World Finance Company of Mississippi, LLC, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5272861 | + | Email/Text: bk@worldacceptance.com | Oct 07 2026 19:52:00 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Olivia Spencer | on behalf of Creditor Ally Capital spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Erika LaShaunta Cousins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Erika LaShaunta Cousins**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–8147** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **23–01976–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Erika LaShaunta Cousins**
aka Erika LaShaunta Cousin

Dated: 10/7/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**